THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Terra
 Davis-Daniels, Respondent,
 v.
 The Pines Apartments,
 L.P. and C.L. Holding d/b/a The Pines Apartments a/k/a Colony East Apartments
 a/k/a Hunter's Way a/k/a Pinnacle a/k/a Pines at Forest Lake, Defendants,/Of
 Whom C.L. Holding is the Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-125
 Submitted March 2, 2009  Filed March 5,
2009

AFFIRMED

 
 
 
 Karl S. Brehmer and L. Darby Plexico, III, both of Columbia, for Appellant.
 William R. Padget and Harry L. Goldberg, both of Columbia, for
 Respondent.
 
 
 

PER CURIAM: The Pines Apartments, L.P. and C.L. Holding appeal the
 circuit courts grant of an amendment of judgment allowing a default judgment
 to be amended to reflect C.L. Holdings, LLC as the proper name of C.L. Holding. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Rule 60(a),
 SCRCP (Clerical mistakes in judgments, orders or other parts of the record and
 errors therein arising from oversight or omission may be corrected by the court
 at any time of its own initiative or on the motion of any party and after such
 notice, if any, as the court orders.); Tri-County Ice and Fuel Co. v.
 Palmetto Ice Co., 303 S.C. 237, 241, 399 S.E.2d 779, 782 (1990) ([W]here
 a defendant sued by a wrong name omits to plead in abatement and suffers the
 plaintiff to proceed to judgment, though he has never appeared to the wrong
 name, this [c]ourt will not interfere to set aside the proceedings.); Tunstall
 v. The Lerner Shops, Inc., 160 S.C. 557, 563, 159 S.E. 386, 388 (1931)
 (noting a mere misnomer of corporation defendant is immaterial if it appears
 that it could not have been, or was not misled).
AFFIRMED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.